JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA--WESTERN DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED, | Case No. CV 06-07797 ABC (VBKx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LP; and SAMSUNG ELECTRONICS CO., LTD., | |
| Defendants. | [STIPULATION OF ALL PARTIES TO DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) filed concurrently herewith under separate cover] |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC and SAMSUNG ELECTRONICS CO., LTD., | |
| Counterclaimants. | |
| v. | |
| RESEARCH IN MOTION LIMITED, | |
| Counterdefendant. | |

1

1    This Court, having considered the STIPULATION OF ALL PARTIES TO

2  DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P.

3  41(a)(2) filed by plaintiff and counterdefendant **Research In Motion Limited**, and

4  defendants and counterclaimants **Samsung Telecommunications America, LLC**

5  (formerly known as Samsung Telecommunications America, LP) and **Samsung**

6  **Electronics Co., Ltd.**, finds that good cause exists for issuing the order requested

7  therein.  THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

8

9    1.    This entire action and all claims and counterclaims asserted by

10  the parties in this action are hereby dismissed without prejudice pursuant to

11  FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

12

13    2.    Each party shall bear its own attorneys' fees and costs incurred in

14  connection with this action.

15

16  Dated:  February _27, 2008

17

18  _____

19  THE HON. AUDREY B. COLLINS, JUDGE OF
    THE UNITED STATES DISTRICT COURT

20

21

22

23  400718309.1

24

25

26

27

28

2